**GOVERNMENT EXHIBIT**

**A**



**NAILAH K. BYRD**
**CUYAHOGA COUNTY CLERK OF COURTS**
1200 Ontario Street
Cleveland, Ohio 44113

# Court of Common Pleas

**New Case Electronically Filed: COMPLAINT**
May 14, 2024 12:46

By: THOMAS P. RYAN 0082755

Confirmation Nbr. 3167280

TONY DAVIS            CV 24 997419

   vs.

CANDACE TAYLOR          **Judge:** SHERRIE MIDAY

**Pages Filed:** 14

IN THE COURT OF COMMON PLEAS
CUYAHOGA COUNTY, OHIO

| | |
|---|---|
| TONY DAVIS<br>12605 BENHAM AVENUE<br>CLEVELAND, OHIO 44105<br><br>Plaintiff,<br><br>-vs-<br><br><br>CANDACE TAYLOR<br>25141 PRICE ROAD<br>BEDFORD HEIGHTS, OHIO 44146<br><br><br>Defendant. | CASE NO.:<br><br>JUDGE:<br><br><br>**COMPLAINT**<br><br><br>**(JURY DEMAND ENDORSED HEREON)** |

NOW COMES, the Plaintiff Tony Davis, through undersigned counsel, and for his Complaint states as follows:

1. On May 17, 2022, Plaintiff Tony Davis ("Plaintiff Davis") was driving his black 2004 Ford F150 when he was crashed into by the Defendant and suffered permanent physical injuries.

2. Plaintiff Davis resided at 1329 East 86th Street, Cleveland, Ohio at the time of the collision, but now resides at 12605 Benham Avenue, Clevland, Ohio 44105.

3. Defendant Candace Taylor ("Defendant Taylor") was driving a 2017 Hyuandi Sonata owned by the U.S. Government, Department of Veterans Affairs. which was the vehicle that caused the cascade of crashes in this matter.

4. Defendant Taylor was the operator of the vehicle that caused the collision that is the subject

1

of this Complaint.

5. The facts giving rise to this lawsuit are documented within the Traffic Crash Report attached to this complaint as Exhibit 1.

6. On May 17, 2022, Plaintiff was stopped at a red-light with the Defendant in the vehicle behind him.

7. Without warning, and while Plaintiff was stopped at the red-light, Defendant crashed into the back of the Plaintiffs vehicle.

8. It is unclear whether the Defendant was working for the federal government at the time of the collision, or acting within the scope of any such employment, or whether Defendant was an independent contractor.

9. In addition to this Complaint, Plaintiff has also filed a claim for recovery under the Federal Tort Claims Act, 28 U.S.C. §2671, et seq. and 28 U.S.C. § 1346, et seq., which may be applicable depending on the status of the defendant's employment situation at the time of the collision.

10. As a result of the collision, Plaintiffs vehicle was damaged and required repairs to his economic detriment. Plaintiff's damages include economic losses due to the property damage caused to his vehicle.

11. As a result of the impact of the crash, Plaintiff's vehicle was totaled and a complete loss.

## JURISDICTION

12. The Plaintiff incorporates the above listed paragraphs herein by reference.

13. At the time of the vehicle crash Plaintiff was a resident of the State of Ohio

14. At the time of the vehicle crash Defendant Candace Taylor was a resident of the State of

Ohio

15. The amount in controversy in this matter exceeds $25,000.00.

16. The conduct, actions and inactions which gives rise the causes of actions set forth in this Complaint were caused by the negligent conduct of one or more Defendants in Cuyahoga County, Ohio, and, accordingly, venue for this action exists in Cuyahoga County, Ohio, pursuant to Rule 3(B) of the Ohio Rules of Civil Procedure.

<div align="center">

**CAUSES OF ACTION**
**COUNT 1**
**(NEGLIGENCE – OPERATION OF VEHICLE)**

</div>

17. The Plaintiff incorporates all previous paragraphs herein by reference.

18. On May 17, 2022, at approximately 11:50 AM, Defendant Taylor was operating a vehicle westbound on St. Clair Avenue in the City of Cleveland, State of Ohio, County of Cuyahoga.

19. As Defendant Taylor was travelling west on St. Clair Avenue, she struck the rear of the Plaintiff's vehicle, causing damage to the car and causing personal injuries to Plaintiff.

20. As a result of Defendant Taylor's negligence Plaintiff permanently injured his low back, neck, arms, hands, head, nerves, and other areas of his body.

21. Defendant Taylor had a duty to operate her vehicle in a safe manner and to refrain from operating the vehicle in a manner that could cause harm to other drivers.

22. As a result of the negligence and failure to control her vehicle, Defendant Taylor was in violation of the City of Cleveland Ordinance 433.03, Maximum Speed Limits; Assured Clear Distance Ahead.

3

23. Defendant Taylor had a duty to operate her vehicle in accordance with the laws of the State of Ohio and the ordinances of the City of Cleveland, Ohio.

24. Defendant Taylor breached the above listed duties and was negligent in manners set forth below.

25. Defendant Taylor was negligent in failing to obey the traffic laws. Defendant Taylor operated her vehicle in an unsafe and illegal manner causing his vehicle to drive into and strike the Plaintiffs' vehicle.

26. Defendant Taylor caused her vehicle to strike the Plaintiff's vehicle in that Defendant Taylor negligently drove her vehicle into the rear of Plaintiff's vehicle while the Plaintiff was stopped at a traffic light in front of Defendant's vehicle.

27. The Defendant Taylor had a clear view of such roadway as she was operating her vehicle and saw or should have seen the Plaintiff's vehicle slowing in traffic on the roadway ahead, but still negligently and illegally operated her vehicle into the Plaintiffs' vehicle.

28. Defendant Taylor negligently drove her vehicle into the rear of Plaintiffs' vehicle while Plaintiff was legally driving upon St. Clair Avenue Westbound, directly and proximately causing injuries to the Plaintiff.

29. Defendant Taylor was negligent in that she had the last clear chance to avoid the collision but rather drove into the Plaintiff's vehicle.

30. Defendant Taylor was negligent in failing to maintain control of her vehicle; negligent in failing to keep a proper lookout; negligent in failing to obey the traffic ordinances of the State of Ohio and/or City of Cleveland, and other provision of the Ohio code requiring drivers to operate their automobiles in a safe manner.

4

31. Defendant Taylor was negligent by failing to take any reasonable action to avoid the accident.

32. Defendant Taylor was negligent in that she had a clear view of the Plaintiffs' vehicle, yet Defendant Taylor voluntarily and recklessly chose to operate her vehicle by driving it recklessly causing it to strike the Plaintiff.

33. Defendant Taylor was further negligent in that she saw the Plaintiff's vehicle yet negligently proceeded toward the rear of Plaintiff's vehicle so that her vehicle collided with rear-end of Plaintiff's vehicle and was done with a negligent and wanton disregard for the safety of the Plaintiff and in disregard of the applicable traffic statutes and ordinances.

34. Defendant Taylor was negligent in that she had adequate time to control her vehicle and avoid the collision but negligently failed to take any action to avoid such collision.

35. Defendant Taylor was negligent in that she was operating her automobile while not giving full time and attention to such driving; Defendant Taylor was negligent in the overall operation and control of her vehicle.

36. Defendant Taylor was negligent for other reasons that will be more fully set out at trial of this action.

37. As a direct and proximate result of Defendant Taylor's negligence, Plaintiff was caused to suffer serious injury to his head, neck, back, and other areas of his body.

38. As a direct and proximate result of Defendant Taylor's negligence, Plaintiff has suffered permanent injuries to his head, neck, back, and other areas of his body.

39. As a further result, Plaintiff was caused to seek medical care and attention, to his financial expense.

5

40. As a direct and proximate result of Defendant Taylor's negligence, Plaintiff's injuries require surgical correction and are permanent.

41. As a direct and proximate result of the collision on May 17, 2022, Plaintiff suffered economic damages in the form of lost work, utilized vacation time, medical bills and expenses and severe and permanent physical injuries, including, but not limited to, permanent spinal injuries, permanent nerve injuries that cause pain, weakness, and numbness in his head, neck, back, upper and lower extremities, headaches, all of which are likely to continue into the indefinite future.

42. As a further result, Plaintiff's ability to live and work free from pain, discomfort, disability, and restriction have been permanently impaired.

43. As a result of such injuries, the Plaintiff has suffered financial loss through lost work and had to otherwise take time from work to address his injuries

44. As a direct and proximate result of Defendant Taylor's negligence, Plaintiff's vehicle was damaged and he incurred a financial loss for the damage, as well as towing, and storage fees.

45. Moreover, Plaintiff's ability to live and work free from pain, discomfort, disability, and restriction have been permanently impaired because of the negligence of the Defendants.

46. Plaintiff's permanent injury will cause future economic losses through medical bills, work limitations, reduced earning capacity, and limitations on his ability to work pain free.

6

## COUNT 2
## (NEGLIGENCE PER SE)
## (VIOLATIONS OF CITY ORDINANCE)

47. The Plaintiff incorporates all previous paragraphs herein by reference as if fully rewritten hereon.

48. Defendant Taylor had a duty to operate her vehicle in accordance with the laws of the State of Ohio.

49. Ohio Revised Code 4511.21 states the rules and regulations for properly operating a vehicle and ensuring proper operation for speed limits-assured clear distance.

50. At the time of the accident between the Plaintiff and Defendant, Candace Taylor improperly operated her vehicle without permitting her to bring her vehicle to a stop within the assured clear distance ahead and failed to control her vehicle, causing the vehicle to strike the Plaintiff's vehicle.

51. By improperly operating her vehicle and failing to ensure his car traveled within a clear distance, Defendant Taylor violated Ohio Revised Code Section 4511.21, Speed Limits-Assured Clear Distance, and City of Cleveland Ordinance § 433.03, Maximum Speed Limits; Assured Clear Distance Ahead.

52. Defendant Taylor's actions in violating Ohio Revised Code Section 4511.21 and City of Cleveland Ordinance § 433.03, constitutes negligence *per se*.

53. As a direct and proximate cause of the negligence *per se* of Defendant Taylor, Plaintiff was caused damage as specified in the paragraphs listed above.

Electronically Filed 05/14/2024 12:46 / / CV 24 997419 / Confirmation Nbr. 3167280 / CLSH1

54. As a direct and proximate cause of the negligence *per se* of Defendant Taylor, Plaintiff was permanently damaged to his head, neck, back, arms, hands, legs, and other areas of his body.

55. As a direct and proximate result of Defendant Taylor's negligence, Plaintiff was caused to suffer serious and permanent injury to his head, neck, arms, back, hands, legs and other areas of his body.

56. As a further result, Plaintiff was caused to seek medical care and attention, to his financial expense.

57. As a further result, Plaintiffs' ability to live and work free from pain, discomfort, disability, and restriction has been permanently impaired.

58. As a result of such injuries, the Plaintiff has suffered financial loss because he lost time from work and/or was unable to seek new work.

59. Plaintiff's permanent injury will cause future economic losses through medical bills, work limitations, reduced earning capacity and limitations on his ability to work.

**AS TO DEFENDANT** Candace Taylor, award Plaintiff compensatory and punitive damages in an amount to be determined in accordance with the evidence

1. Award Plaintiff economic and non-economic damages in an amount to be determined in accordance with the evidence

2. Award punitive and/or exemplary damages for the willful and wanton conduct of Defendant Taylor;

3. Award Plaintiff all costs incurred in prosecuting this action, as available at law;

8

4. Award Plaintiff prejudgment interest; and

5. Award Plaintiff any other and further relief as the Court deems just and equitable and available at law, jointly and severally against Defendant Taylor

FURTHER, the Plaintiff prays for damages against the Defendant in an amount in excess of twenty-five Thousand Dollars ($25,000.00), and any further amount the Plaintiff is entitled to by law, and the costs of this action.

<div style="text-align: right;">

Respectfully submitted,

/s/ *Daniel J. Ryan*
Daniel J. Ryan (#0012134)
Thomas P. Ryan (#0082755)
Meaghan A. Geraghty (#0103890)
Ryan, LLP
Attorneys for Plaintiff
55 Public Square, Suite 2100
Cleveland, Ohio 44113
(216) 363-6082
daniel.ryan@ryanllp.com
thomas.ryan@ryanllp.com
meaghan.geraghty@ryanllp.com

</div>

## JURY DEMAND

The Plaintiff demands a jury to decide the facts of this action as he is entitled by law.

/s/Daniel J. Ryan
Daniel J. Ryan

Electronically Filed 05/14/2024 12:46 / / CV 24 997419 / Confirmation Nbr. 3167280 / CLSH1

# TRAFFIC CRASH REPORT

*DENOTES MANDATORY FIELD FOR SUPPLEMENT REPORT

**LOCAL REPORT NUMBER*:** 202213 7012

- [ ] OH-2
- [ ] OH-3
- [ ] OH-1P
- [ ] OTHER
- [ ] PRIVATE PROPERTY

**LOCAL INFORMATION:** DAVIS/TAYLOR

**REPORTING AGENCY NAME*:** CLEVELAND DIVISION OF POLICE
**NCIC*:** CLP00

**HIT/SKIP:** 1-SOLVED / 2-UNSOLVED
**NUMBER OF UNITS:** 02
**UNIT IN ERROR:** 02 (98-ANIMAL / 99-UNKNOWN)

**LOCATION: CITY, VILLAGE, TOWNSHIP*:** CLEVELAND (1-CITY)

**CRASH DATE/TIME*:** 05/17/2022 11:50
**CRASH SEVERITY:** 4
- 1-FATAL
- 2-SERIOUS INJURY SUSPECTED
- 3-MINOR INJURY SUSPECTED
- 4-INJURY POSSIBLE
- 5-PROPERTY DAMAGE ONLY

**LOCATION ROAD NAME:** ST CLAIR
**ROAD TYPE:** AV
**LATITUDE:** 41.54049 0

**REFERENCE ROAD NAME:** 110TH
**PREFIX:** 3-EAST
**ROAD TYPE:** ST
**LONGITUDE:** -81.60887 0

**REFERENCE POINT:** 1 (2-MILE POST)
**DIRECTION FROM REFERENCE:** 1-NORTH
**DISTANCE FROM REFERENCE:** 10
**DISTANCE UNIT OF MEASURE:** 2-FEET

**INTERSECTION RELATED:**
- [✓] WITHIN INTERSECTION OR ON APPROACH
- [ ] WITHIN INTERCHANGE AREA
**NUMBER OF APPROACHES:** 4

**ROADWAY DIVIDED:** [ ]

**LOCATION OF FIRST HARMFUL EVENT:** 01 (1-ON ROADWAY)

**MANNER OF CRASH COLLISION/IMPACT:** 2 (2-REAR-END)

**DIRECTION OF TRAVEL:** 4-WEST

**CONTOUR:** 1 (STRAIGHT LEVEL)
**CONDITIONS:** 1 (DRY)
**SURFACE:** 2 (BLACKTOP, BITUMINOUS, ASPHALT)

**LIGHT CONDITION:** 1 (DAYLIGHT)
**WEATHER:** 01 (CLEAR)

## NARRATIVE

UPON MY ARRIVAL UNIT#1 WAS NOT ON SCENE. HOWEVER UNIT#1 GAVE UNIT #2 HIS VEHICLE AND PERSONAL INFO.

UNIT #2 STATED SHE WAS TRAVELING W/B ON ST CLAIR AVE AND STOPPED AT THE RED LIGHT NEAR THE INTERSECTION OF ST CLAIR AND E.110TH ST. WHEN THE LIGHT TURNED GREEN, UNIT#1 WHO WAS IN FRONT OF HER BEGIN DRIVING, UNIT #2 STATED SHE ALSO BEGIN DRIVING, UNIT#1 THEN SLAMMED ON HIS BRAKES CAUSING UNIT#2 TO REAR END UNIT#1

Diagram labels: ST. CLAIR AVE; E. 110TH; NOT TO SCALE

**PLAINTIFF'S EXHIBIT 1**

**CRASH REPORTED DATE/TIME:** 05/17/2022 11:58
**DISPATCH DATE/TIME:** 05/17/2022 12:08
**ARRIVAL DATE/TIME:** 05/17/2022 12:10
**SCENE CLEARED DATE/TIME:** 05/17/2022 13:30

**REPORT TAKEN BY:** [✓] POLICE AGENCY

**TOTAL TIME ROADWAY CLOSED:** 000
**OTHER INVESTIGATION TIME:** 000
**TOTAL MINUTES:** 80

**OFFICER'S NAME:** P.O. GLASS
**OFFICER'S BADGE NUMBER*:** 332

**CHECKED BY OFFICER'S NAME*:** MARTI
**CHECKED BY OFFICER'S BADGE NUMBER*:** 9186

# UNIT

**LOCAL REPORT NUMBER:** 22137012

## OWNER

- **UNIT #:** 01
- **OWNER NAME (LAST, FIRST, MIDDLE):** DAVIS, TONY
- **OWNER ADDRESS:** 1329 E. 86TH ST CLEVELAND OHIO 44106
- **OWNER PHONE:** (blank)
- **COMMERCIAL CARRIER:** (blank)
- **COMMERCIAL CARRIER PHONE:** (blank)

### DAMAGE
- **DAMAGE SCALE:** 1
  - 1 - NONE
  - 2 - MINOR DAMAGE
  - 3 - FUNCTIONAL DAMAGE
  - 4 - DISABLING DAMAGE
  - 9 - UNKNOWN

**DAMAGED AREA(S) - INDICATE ALL THAT APPLY**

- **LP STATE:** OH
- **LICENSE PLATE #:** HYK9407
- **VEHICLE IDENTIFICATION #:** 1FTRX12WX4NB67484
- **VEHICLE YEAR:** 2004
- **VEHICLE MAKE:** FORD
- **INSURANCE VERIFIED:** (unchecked)
- **INSURANCE COMPANY:** (blank)
- **INSURANCE POLICY #:** (blank)
- **COLOR:** BLACK
- **VEHICLE MODEL:** F150

- **TYPE OF USE:** (none checked)
- **US DOT #:** (blank)
- **TOWED BY:** (blank)
- **# OCCUPANTS:** 01
- **VEHICLE WEIGHT GVWR/GCVW:** 1 (≤10K LBS)
- **HAZARDOUS MATERIAL:** (not indicated)

### UNIT TYPE: 04
- 1 - PASSENGER CAR
- 2 - PASSENGER VAN (MINIVAN)
- 3 - SPORT UTILITY VEHICLE
- **4 - PICK UP**
- 5 - CARGO VAN
- 6 - VAN (9-15 SEATS)
- 7 - MOTORCYCLE 2-WHEELED
- 8 - MOTORCYCLE 3-WHEELED
- 9 - AUTOCYCLE
- 10 - MOPED OR MOTORIZED BICYCLE
- 11 - ALL TERRAIN VEHICLE (ATV/UTV)
- 12 - GOLF CART
- 13 - SNOWMOBILE
- 14 - SINGLE UNIT TRUCK
- 15 - SEMI-TRACTOR
- 16 - FARM EQUIPMENT
- 17 - MOTORHOME
- 18 - LIMO (LIVERY VEHICLE)
- 19 - BUS (16+ PASSENGERS)
- 20 - OTHER VEHICLE
- 21 - HEAVY EQUIPMENT
- 22 - ANIMAL WITH RIDER OR ANIMAL-DRAWN VEHICLE
- 23 - PEDESTRIAN/SKATER
- 24 - WHEELCHAIR (ANY TYPE)
- 25 - OTHER NON-MOTORIST
- 26 - BICYCLE
- 27 - TRAIN
- 99 - UNKNOWN OR HIT/SKIP

**# OF TRAILING UNITS:** 0

**WAS VEHICLE OPERATING IN AUTONOMOUS MODE WHEN CRASH OCCURRED?:** 2 (NO)
**AUTONOMOUS MODE LEVEL:** 0

### SPECIAL FUNCTION: 01
- **1 - NONE**
- 2 - TAXI
- 3 - ELECTRONIC RIDE SHARING
- 4 - SCHOOL TRANSPORT
- 5 - BUS-TRANSIT/COMMUTER
- 6 - BUS – CHARTER/TOUR
- 7 - BUS - INTERCITY
- 8 - BUS - SHUTTLE
- 9 - BUS - OTHER
- 10 - AMBULANCE
- 11 - FIRE
- 12 - MILITARY
- 13 - POLICE
- 14 - PUBLIC UTILITY
- 15 - CONSTRUCTION EQUIPMENT
- 16 - FARM
- 17 - MOWING
- 18 - SNOW REMOVAL
- 19 - TOWING
- 20 - SAFETY SERVICE PATROL
- 21 - MAIL CARRIER
- 99 - OTHER / UNKNOWN

### CARGO BODY TYPE: 01
- **1 - NO CARGO BODY TYPE / NOT APPLICABLE**
- 2 - BUS
- 3 - VEHICLE TOWING ANOTHER MOTOR VEHICLE
- 4 - LOGGING
- 5 - INTERMODAL CONTAINER CHASSIS
- 6 - CARGO VAN/ENCLOSED BOX
- 7 - GRAIN/CHIPS/GRAVEL
- 8 - POLE
- 9 - CARGO TANK
- 10 - FLAT BED
- 11 - DUMP
- 12 - CONCRETE MIXER
- 13 - AUTO TRANSPORTER
- 14 - GARBAGE/REFUSE
- 99 - OTHER / UNKNOWN

### VEHICLE DEFECTS:
- 1 - TURN SIGNALS
- 2 - HEAD LAMPS
- 3 - TAIL LAMPS
- 4 - BRAKES
- 5 - STEERING
- 6 - TIRE BLOWOUT
- 7 - WORN OR SLICK TIRES
- 8 - TRAILER EQUIPMENT DEFECTIVE
- 9 - MOTOR TROUBLE
- 10 - DISABLED FROM PRIOR ACCIDENT
- 99 - OTHER / UNKNOWN

### NON-MOTORIST LOCATION AT IMPACT:
- 1 - INTERSECTION – MARKED CROSSWALK
- 2 - INTERSECTION – UNMARKED CROSSWALK
- 3 - INTERSECTION - OTHER
- 4 - MIDBLOCK – MARKED CROSSWALK
- 5 - TRAVEL LANE - Other Location
- 6 - BICYCLE LANE
- 7 - SHOULDER/ROADSIDE
- 8 - SIDEWALK
- 9 - MEDIAN/CROSSING ISLAND
- 10 - DRIVEWAY ACCESS
- 11 - SHARED USE PATHS OR TRAILS
- 12 - FIRST RESPONDER AT INCIDENT SCENE
- 99 - OTHER / UNKNOWN

### ACTION: 4
- 1 - NON-CONTACT
- 2 - NON-COLLISION
- 3 - STRIKING
- **4 - STRUCK**
- 5 - BOTH STRIKING & STRUCK
- 9 - OTHER / UNKNOWN

### PRE-CRASH ACTIONS: 11
- 1 - STRAIGHT AHEAD
- 2 - BACKING
- 3 - CHANGING LANES
- 4 - OVERTAKING/PASSING
- 5 - MAKING RIGHT TURN
- 6 - MAKING LEFT TURN
- 7 - MAKING U-TURN
- 8 - ENTERING TRAFFIC LANE
- 9 - LEAVING TRAFFIC LANE
- 10 - PARKED
- **11 - SLOWING OR STOPPED IN TRAFFIC**
- 12 - DRIVERLESS
- 13 - NEGOTIATING A CURVE
- 14 - ENTERING OR CROSSING SPECIFIED LOCATION
- 15 - WALKING, RUNNING, JOGGING, PLAYING
- 16 - WORKING
- 17 - PUSHING VEHICLE
- 18 - APPROACHING OR LEAVING VEHICLE
- 19 - STANDING
- 20 - OTHER NON-MOTORIST
- 21 - STANDING OUTSIDE DISABLED VEHICLE
- 99 - OTHER / UNKNOWN

### CONTRIBUTING CIRCUMSTANCES: 01
- **1 - NONE**
- 2 - FAILURE TO YIELD
- 3 - RAN RED LIGHT
- 4 - RAN STOP SIGN
- 5 - UNSAFE SPEED
- 6 - IMPROPER TURN
- 7 - LEFT OF CENTER
- 8 - FOLLOWING TOO CLOSE / ACDA
- 9 - IMPROPER LANE CHANGE
- 10 - IMPROPER PASSING
- 11 - DROVE OFF ROAD
- 12 - IMPROPER BACKING
- 13 - IMPROPER START FROM A PARKED POSITION
- 14 - STOPPED OR PARKED ILLEGALLY
- 15 - SWERVING TO AVOID
- 16 - WRONG WAY
- 17 - VISION OBSTRUCTION
- 18 - OPERATING DEFECTIVE EQUIPMENT
- 19 - LOAD SHIFTING/FALLING/SPILLING
- 20 - IMPROPER CROSSING
- 21 - LYING IN ROADWAY
- 22 - NOT DISCERNIBLE
- 23 - OPENING DOOR INTO ROADWAY
- 99 - OTHER IMPROPER ACTION

### INITIAL POINT OF CONTACT: 06
- 0 - NO DAMAGE
- 1-12 - REFER TO UNIT DIAGRAM
- 13 - TOP
- 14 - UNDERCARRIAGE
- 15 - VEHICLE NOT AT SCENE
- 99 - UNKNOWN

### TRAFFIC
- **TRAFFICWAY FLOW:** 2 (TWO-WAY)
- **TRAFFIC CONTROL:** 2 (SIGNAL)
- **# OF THROUGH LANES ON ROAD:** 4
- **RAIL GRADE CROSSING:** 1 (NOT INVOLVED)

### SEQUENCE OF EVENTS: 20
- 1 - OVERTURN/ROLLOVER
- 2 - FIRE/EXPLOSION
- 3 - IMMERSION
- 4 - JACKKNIFE
- 5 - CARGO/EQUIPMENT LOSS OR SHIFT
- 6 - EQUIPMENT FAILURE
- 7 - SEPARATION OF UNITS
- 8 - RAN OFF ROAD RIGHT
- 9 - RAN OFF ROAD LEFT
- 10 - CROSS MEDIAN
- 11 - CROSS CENTERLINE – OPPOSITE DIRECTION OF TRAVEL
- 12 - DOWNHILL RUNAWAY
- 13 - OTHER NON-COLLISION
- 14 - PEDESTRIAN
- 15 - PEDALCYCLE
- 16 - RAILWAY VEHICLE
- 17 - ANIMAL — FARM
- 18 - ANIMAL — DEER
- 19 - ANIMAL — OTHER
- **20 - MOTOR VEHICLE IN TRANSPORT**
- 21 - PARKED MOTOR VEHICLE
- 22 - WORK ZONE MAINTENANCE EQUIPMENT
- 23 - STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY A MOTOR VEHICLE
- 24 - OTHER MOVABLE OBJECT

**UNIT / NON-MOTORIST DIRECTION:** FROM 3 TO 4
- 1 - NORTH
- 2 - SOUTH
- 3 - EAST
- 4 - WEST
- 5 - NORTHEAST
- 6 - NORTHWEST
- 7 - SOUTHEAST
- 8 - SOUTHWEST
- 9 - OTHER / UNKNOWN

### COLLISION WITH FIXED OBJECT - STRUCK
- 25 - IMPACT ATTENUATOR / CRASH CUSHION
- 26 - BRIDGE OVERHEAD STRUCTURE
- 27 - BRIDGE PIER OR ABUTMENT
- 28 - BRIDGE PARAPET
- 29 - BRIDGE RAIL
- 30 - GUARDRAIL FACE
- 31 - GUARDRAIL END
- 32 - PORTABLE BARRIER
- 33 - MEDIAN CABLE BARRIER
- 34 - MEDIAN GUARDRAIL BARRIER
- 35 - MEDIAN CONCRETE BARRIER
- 36 - MEDIAN OTHER BARRIER
- 37 - TRAFFIC SIGN POST
- 38 - OVERHEAD SIGN POST
- 39 - LIGHT / LUMINARIES SUPPORT
- 40 - UTILITY POLE
- 41 - OTHER POST, POLE OR SUPPORT
- 42 - CULVERT
- 43 - CURB
- 44 - DITCH
- 45 - EMBANKMENT
- 46 - FENCE
- 47 - MAILBOX
- 48 - TREE
- 49 - FIRE HYDRANT
- 50 - WORK ZONE MAINTENANCE EQUIPMENT
- 51 - WALL
- 52 - BUILDING
- 53 - TUNNEL
- 54 - OTHER FIXED OBJECT
- 99 - OTHER / UNKNOWN

- **UNIT SPEED:** 25
- **POSTED SPEED:** 35
- **DETECTED SPEED:** 1 (STATED / ESTIMATED SPEED)

**FIRST HARMFUL EVENT:** 1
**MOST HARMFUL EVENT:** 1

Ohio Department of Public Safety **UNIT**

LOCAL REPORT NUMBER: 2022137012

## OWNER

UNIT #: 02

OWNER NAME: LAST, FIRST, MIDDLE (☐ SAME AS DRIVER): U.S. GOVERNMENT (VETERAN AFFAIRS)

OWNER PHONE: INCLUDE AREA CODE (☐ SAME AS DRIVER):

OWNER ADDRESS: STREET, CITY, STATE, ZIP (☐ SAME AS DRIVER): 7000 EUCLID AVE OHIO 44106

COMMERCIAL CARRIER: NAME, ADDRESS, CITY, STATE, ZIP

COMMERCIAL CARRIER PHONE: INCLUDE AREA CODE

## DAMAGE

DAMAGE SCALE: 4

1 - NONE; 2 - MINOR DAMAGE; 3 - FUNCTIONAL DAMAGE; 4 - DISABLING DAMAGE; 9 - UNKNOWN

DAMAGED AREA(S) INDICATE ALL THAT APPLY

☐ - NO DAMAGE (0) ☐ - UNDERCARRIAGE (14)

☐ - TOP (13) ☐ - ALL AREAS (15)

☐ - UNIT NOT AT SCENE (16)

## VEHICLE

| LP STATE | LICENSE PLATE # | VEHICLE IDENTIFICATION # | VEHICLE YEAR | VEHICLE MAKE |
|---|---|---|---|---|
| OH | G10 0646V | 5NPE24AA2JH691390 | 2017 | HYUANDAI |

| ☑ INSURANCE VERIFIED | INSURANCE COMPANY | INSURANCE POLICY # | COLOR | VEHICLE MODEL |
|---|---|---|---|---|
| | GSA US GOV | [redacted] | GRAY | SONATA |

TYPE OF USE: ☐ COMMERCIAL ☐ GOVERNMENT ☐ IN EMERGENCY RESPONSE

US DOT #:

TOWED BY: COMPANY NAME

☐ INTERLOCK DEVICE EQUIPPED ☐ HIT/SKIP UNIT

# OCCUPANTS: 02

VEHICLE WEIGHT GVWR/GCWR: 1 - ≤10K LBS. 2 - 10,001 - 26K LBS. 3 - >26K LBS.

HAZARDOUS MATERIAL: ☐ MATERIAL RELEASED ☐ PLACARD; CLASS #; PLACARD ID #

UNIT TYPE: 01

1 - PASSENGER CAR; 2 - PASSENGER VAN (MINIVAN); 3 - SPORT UTILITY VEHICLE; 4 - PICK UP; 5 - CARGO VAN; 6 - VAN (9-15 SEATS); 7 - MOTORCYCLE 2-WHEELED; 8 - MOTORCYCLE 3-WHEELED; 9 - AUTOCYCLE; 10 - MOPED OR MOTORIZED BICYCLE; 11 - ALL TERRAIN VEHICLE (ATV/UTV); 12 - GOLF CART; 13 - SNOWMOBILE; 14 - SINGLE UNIT TRUCK; 15 - SEMI-TRACTOR; 16 - FARM EQUIPMENT; 17 - MOTORHOME; 18 - LIMO (LIVERY VEHICLE); 19 - BUS (16+ PASSENGERS); 20 - OTHER VEHICLE; 21 - HEAVY EQUIPMENT; 22 - ANIMAL WITH RIDER OR ANIMAL-DRAWN VEHICLE; 23 - PEDESTRIAN/SKATER; 24 - WHEELCHAIR (ANY TYPE); 25 - OTHER NON-MOTORIST; 26 - BICYCLE; 27 - TRAIN; 99 - UNKNOWN OR HIT/SKIP

# OF TRAILING UNITS: 0

WAS VEHICLE OPERATING IN AUTONOMOUS MODE WHEN CRASH OCCURRED?: 2 (1 - YES 2 - NO 9 - OTHER/UNKNOWN)

AUTONOMOUS MODE LEVEL: 0

0 - NO AUTOMATION; 1 - DRIVER ASSISTANCE; 2 - PARTIAL AUTOMATION; 3 - CONDITIONAL AUTOMATION; 4 - HIGH AUTOMATION; 5 - FULL AUTOMATION; 9 - UNKNOWN

SPECIAL FUNCTION: 01

1 - NONE; 2 - TAXI; 3 - ELECTRONIC RIDE SHARING; 4 - SCHOOL TRANSPORT; 5 - BUS - TRANSIT/COMMUTER; 6 - BUS - CHARTER/TOUR; 7 - BUS - INTERCITY; 8 - BUS - SHUTTLE; 9 - BUS - OTHER; 10 - AMBULANCE; 11 - FIRE; 12 - MILITARY; 13 - POLICE; 14 - PUBLIC UTILITY; 15 - CONSTRUCTION EQUIPMENT; 16 - FARM; 17 - MOWING; 18 - SNOW REMOVAL; 19 - TOWING; 20 - SAFETY SERVICE PATROL; 21 - MAIL CARRIER; 99 - OTHER/UNKNOWN

CARGO BODY TYPE: 01

1 - NO CARGO BODY TYPE / NOT APPLICABLE; 2 - BUS; 3 - VEHICLE TOWING ANOTHER MOTOR VEHICLE; 4 - LOGGING; 5 - INTERMODAL CONTAINER CHASSIS; 6 - CARGO VAN/ENCLOSED BOX; 7 - GRAIN/CHIPS/GRAVEL; 8 - POLE; 9 - CARGO TANK; 10 - FLAT BED; 11 - DUMP; 12 - CONCRETE MIXER; 13 - AUTO TRANSPORTER; 14 - GARBAGE/REFUSE; 99 - OTHER/UNKNOWN

VEHICLE DEFECTS:

1 - TURN SIGNALS; 2 - HEAD LAMPS; 3 - TAIL LAMPS; 4 - BRAKES; 5 - STEERING; 6 - TIRE BLOWOUT; 7 - WORN OR SLICK TIRES; 8 - TRAILER EQUIPMENT DEFECTIVE; 9 - MOTOR TROUBLE; 10 - DISABLED FROM PRIOR ACCIDENT; 99 - OTHER/UNKNOWN

## UNIT EVENTS

NON-MOTORIST LOCATION AT IMPACT:

1 - INTERSECTION - MARKED CROSSWALK; 2 - INTERSECTION - UNMARKED CROSSWALK; 3 - INTERSECTION - OTHER; 4 - MIDBLOCK - MARKED CROSSWALK; 5 - TRAVEL LANE - OTHER LOCATION; 6 - BICYCLE LANE; 7 - SHOULDER/ROADSIDE; 8 - SIDEWALK; 9 - MEDIAN/CROSSING ISLAND; 10 - DRIVEWAY ACCESS; 11 - SHARED USE PATHS OR TRAILS; 12 - FIRST RESPONDER AT INCIDENT SCENE; 99 - OTHER/UNKNOWN

INITIAL POINT OF CONTACT: 12

0 - NO DAMAGE; 1-12 - REFER TO UNIT DIAGRAM; 13 - TOP; 14 - UNDERCARRIAGE; 15 - VEHICLE NOT AT SCENE; 99 - UNKNOWN

ACTION: 3

1 - NON-CONTACT; 2 - NON-COLLISION; 3 - STRIKING; 4 - STRUCK; 5 - BOTH STRIKING & STRUCK; 9 - OTHER/UNKNOWN

PRE-CRASH ACTIONS: 11

1 - STRAIGHT AHEAD; 2 - BACKING; 3 - CHANGING LANES; 4 - OVERTAKING/PASSING; 5 - MAKING RIGHT TURN; 6 - MAKING LEFT TURN; 7 - MAKING U-TURN; 8 - ENTERING TRAFFIC LANE; 9 - LEAVING TRAFFIC LANE; 10 - PARKED; 11 - SLOWING OR STOPPED IN TRAFFIC; 12 - DRIVERLESS; 13 - NEGOTIATING A CURVE; 14 - ENTERING OR CROSSING SPECIFIED LOCATION; 15 - WALKING, RUNNING, JOGGING, PLAYING; 16 - WORKING; 17 - PUSHING VEHICLE; 18 - APPROACHING OR LEAVING VEHICLE; 19 - STANDING; 20 - OTHER NON-MOTORIST; 21 - STANDING OUTSIDE DISABLED VEHICLE; 99 - OTHER/UNKNOWN

CONTRIBUTING CIRCUMSTANCES: 08

1 - NONE; 2 - FAILURE TO YIELD; 3 - RAN RED LIGHT; 4 - RAN STOP SIGN; 5 - UNSAFE SPEED; 6 - IMPROPER TURN; 7 - LEFT OF CENTER; 8 - FOLLOWING TOO CLOSE/ACDA; 9 - IMPROPER LANE CHANGE; 10 - IMPROPER PASSING; 11 - DROVE OFF ROAD; 12 - IMPROPER BACKING; 13 - IMPROPER START FROM A PARKED POSITION; 14 - STOPPED OR PARKED ILLEGALLY; 15 - SWERVING TO AVOID; 16 - WRONG WAY; 17 - VISION OBSTRUCTION; 18 - OPERATING DEFECTIVE EQUIPMENT; 19 - LOAD SHIFTING/FALLING/SPILLING; 20 - IMPROPER CROSSING; 21 - LYING IN ROADWAY; 22 - NOT DISCERNIBLE; 23 - OPENING DOOR INTO ROADWAY; 99 - OTHER IMPROPER ACTION

## TRAFFIC

TRAFFICWAY FLOW: 2 (1 - ONE-WAY; 2 - TWO-WAY)

TRAFFIC CONTROL: 2 (1 - ROUNDABOUT; 2 - SIGNAL; 3 - FLASHER; 4 - STOP SIGN; 5 - YIELD SIGN; 6 - NO CONTROL)

# OF THROUGH LANES ON ROAD: 4

RAIL GRADE CROSSING: 1 (1 - NOT INVOLVED; 2 - INVOLVED-ACTIVE CROSSING; 3 - INVOLVED-PASSIVE CROSSING)

UNIT / NON-MOTORIST DIRECTION: FROM 3 TO 4

1 - NORTH; 2 - SOUTH; 3 - EAST; 4 - WEST; 5 - NORTHEAST; 6 - NORTHWEST; 7 - SOUTHEAST; 8 - SOUTHWEST; 9 - OTHER/UNKNOWN

UNIT SPEED: 25

DETECTED SPEED: 1 (1 - STATED/ESTIMATED SPEED; 2 - CALCULATED/EDR; 3 - UNDETERMINED)

POSTED SPEED: 35

## SEQUENCE OF EVENTS

1: 20
2:
3:
4:
5:
6:

NON-COLLISION: 1 - OVERTURN/ROLLOVER; 2 - FIRE/EXPLOSION; 3 - IMMERSION; 4 - JACKKNIFE; 5 - CARGO/EQUIPMENT LOSS OR SHIFT; 6 - EQUIPMENT FAILURE; 7 - SEPARATION OF UNITS; 8 - RAN OFF ROAD RIGHT; 9 - RAN OFF ROAD LEFT; 10 - CROSS MEDIAN; 11 - CROSS CENTERLINE - OPPOSITE DIRECTION OF TRAVEL; 12 - DOWNHILL RUNAWAY; 13 - OTHER NON-COLLISION; 14 - PEDESTRIAN; 15 - PEDALCYCLE; 16 - RAILWAY VEHICLE; 17 - ANIMAL - FARM; 18 - ANIMAL - DEER; 19 - ANIMAL - OTHER; 20 - MOTOR VEHICLE IN TRANSPORT; 21 - PARKED MOTOR VEHICLE; 22 - WORK ZONE MAINTENANCE EQUIPMENT; 23 - STRUCK BY FALLING, SHIFTING CARGO OR ANYTHING SET IN MOTION BY A MOTOR VEHICLE; 24 - OTHER MOVABLE OBJECT

COLLISION WITH FIXED OBJECT - STRUCK: 25 - IMPACT ATTENUATOR / CRASH CUSHION; 26 - BRIDGE OVERHEAD STRUCTURE; 27 - BRIDGE PIER OR ABUTMENT; 28 - BRIDGE PARAPET; 29 - BRIDGE RAIL; 30 - GUARDRAIL FACE; 31 - GUARDRAIL END; 32 - PORTABLE BARRIER; 33 - MEDIAN CABLE BARRIER; 34 - MEDIAN GUARDRAIL BARRIER; 35 - MEDIAN CONCRETE BARRIER; 36 - MEDIAN OTHER BARRIER; 37 - TRAFFIC SIGN POST; 38 - OVERHEAD SIGN POST; 39 - LIGHT / LUMINARIES SUPPORT; 40 - UTILITY POLE; 41 - OTHER POST, POLE OR SUPPORT; 42 - CULVERT; 43 - CURB; 44 - DITCH; 45 - EMBANKMENT; 46 - FENCE; 47 - MAILBOX; 48 - TREE; 49 - FIRE HYDRANT; 50 - WORK ZONE MAINTENANCE EQUIPMENT; 51 - WALL; 52 - BUILDING; 53 - TUNNEL; 54 - OTHER FIXED OBJECT; 99 - OTHER/UNKNOWN

FIRST HARMFUL EVENT: 1 MOST HARMFUL EVENT: 1

# Motorist / Non-Motorist

**Ohio Department of Public Safety**

**LOCAL REPORT NUMBER:** 2 0 2 2 1 3 7 0 1 2

## Unit 01

| Field | Value |
|---|---|
| UNIT # | 01 |
| NAME: LAST, FIRST, MIDDLE | DAVIS, TONY |
| DATE OF BIRTH | 08 02 1957 |
| AGE | 64 |
| GENDER | M |
| ADDRESS | 1329 E. 86TH ST, CLEVELAND, OHIO, 44106 |
| INJURIES | 5 |
| INJURED TAKEN BY | 1 |
| SAFETY EQUIPMENT USED | 04 |
| SEATING POSITION | 01 |
| AIR BAG USAGE | 1 |
| EJECTION | 1 |
| TRAPPED | 1 |
| OL STATE | OH |
| OL CLASS | 4 |
| DRIVER DISTRACTED BY | 1 |
| CONDITION | 1 |
| STATUS | 1 | TYPE | 1 | STATUS | 1 | TYPE | 1 |

## Unit 02

| Field | Value |
|---|---|
| UNIT # | 02 |
| NAME: LAST, FIRST, MIDDLE | TAYLOR, CANDACE |
| DATE OF BIRTH | 11 02 1981 |
| AGE | 40 |
| GENDER | F |
| ADDRESS | 25141 PRICE RD, BEDFORD HTS, OHIO, 44146 |
| INJURIES | 5 |
| INJURED TAKEN BY | 1 |
| SAFETY EQUIPMENT USED | 04 |
| SEATING POSITION | 01 |
| AIR BAG USAGE | 2 |
| EJECTION | 1 |
| TRAPPED | 1 |
| OL STATE | OH |
| OL CLASS | 4 |
| DRIVER DISTRACTED BY | 1 |
| CONDITION | 1 |
| STATUS | 1 | TYPE | 1 | STATUS | 1 | TYPE | 1 |

## Unit 03 (blank)

---

### Legend

**INJURIES**
1 - FATAL
2 - SUSPECTED SERIOUS INJURY
3 - SUSPECTED MINOR INJURY
4 - POSSIBLE INJURY
5 - NO APPARENT INJURY

**INJURED TAKEN BY**
1 - NOT TRANSPORTED / TREATED AT SCENE
2 - EMS
3 - POLICE
9 - OTHER / UNKNOWN

**SAFETY EQUIPMENT USED**
1 - NONE USED
2 - SHOULDER BELT ONLY USED
3 - LAP BELT ONLY USED
4 - SHOULDER & LAP BELT USED
5 - CHILD RESTRAINT SYSTEM - FORWARD FACING
6 - CHILD RESTRAINT SYSTEM - REAR FACING
7 - BOOSTER SEAT
8 - HELMET USED
9 - PROTECTIVE PADS USED (ELBOW, KNEES, ETC)
10 - REFLECTIVE CLOTHING
11 - LIGHTING - PEDESTRIAN / BICYCLE ONLY
99 - OTHER / UNKNOWN

**SEATING POSITION**
1 - FRONT - LEFT SIDE (MOTORCYCLE DRIVER)
2 - FRONT - MIDDLE
3 - FRONT - RIGHT SIDE
4 - SECOND - LEFT SIDE (MOTORCYCLE PASSENGER)
5 - SECOND - MIDDLE
6 - SECOND - RIGHT SIDE
7 - THIRD - LEFT SIDE (MOTORCYCLE SIDE CAR)
8 - THIRD - MIDDLE
9 - THIRD - RIGHT SIDE
10 - SLEEPER SECTION OF TRUCK CAB
11 - PASSENGER IN OTHER ENCLOSED CARGO AREA (NON-TRAILING UNIT, BUS, PICK-UP WITH CAP)
12 - PASSENGER IN UNENCLOSED CARGO AREA
13 - TRAILING UNIT
14 - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)
15 - NON-MOTORIST
99 - OTHER / UNKNOWN

**AIR BAG USAGE**
1 - NOT DEPLOYED
2 - DEPLOYED FRONT
3 - DEPLOYED SIDE
4 - DEPLOYED BOTH FRONT / SIDE
5 - NOT APPLICABLE
9 - DEPLOYMENT UNKNOWN

**EJECTION**
1 - NOT EJECTED
2 - PARTIALLY EJECTED
3 - TOTALLY EJECTED
4 - NOT APPLICABLE

**TRAPPED**
1 - NOT TRAPPED
2 - EXTRICATED BY MECHANICAL MEANS
3 - FREED BY NON-MECHANICAL MEANS

**OL CLASS**
1 - CLASS A
2 - CLASS B
3 - CLASS C
4 - REGULAR CLASS (OHIO = D)
5 - M/C MOPED ONLY
6 - NO VALID OL

**ENDORSEMENT**
H - HAZMAT
M - MOTORCYCLE
P - PASSENGER
N - TANKER
Q - MOTOR SCOOTER
R - THREE-WHEEL MOTORCYCLE
S - SCHOOL BUS
T - DOUBLE & TRIPLE TRAILERS
X - TANKER / HAZMAT

**GENDER**
F - FEMALE
M - MALE
U - OTHER / UNKNOWN

**RESTRICTION**
1 - ALCOHOL INTERLOCK DEVICE
2 - CDL INTRASTATE ONLY
3 - CORRECTIVE LENSES
4 - FARM WAIVER
5 - EXCEPT CLASS A BUS
6 - EXCEPT CLASS A & CLASS B BUS
7 - EXCEPT TRACTOR-TRAILER
8 - INTERMEDIATE LICENSE RESTRICTIONS
9 - LEARNER'S PERMIT RESTRICTIONS
10 - LIMITED TO DAYLIGHT ONLY
11 - LIMITED TO EMPLOYMENT
12 - LIMITED - OTHER
13 - MECHANICAL DEVICES (SPECIAL BRAKES, HAND CONTROLS, OR OTHER ADAPTIVE DEVICES)
14 - MILITARY VEHICLES ONLY
15 - MOTOR VEHICLES WITHOUT AIR BRAKES
16 - OUTSIDE MIRROR
17 - PROSTHETIC AID
18 - OTHER

**DRIVER DISTRACTED BY**
1 - NOT DISTRACTED
2 - MANUALLY OPERATING AN ELECTRONIC COMMUNICATION DEVICE (TEXTING, TYPING, DIALING)
3 - TALKING ON HANDS-FREE COMMUNICATION DEVICE
4 - TALKING ON HAND-HELD COMMUNICATION DEVICE
5 - OTHER ACTIVITY WITH AN ELECTRONIC DEVICE
6 - PASSENGER
7 - OTHER DISTRACTION INSIDE THE VEHICLE
8 - OTHER DISTRACTION OUTSIDE THE VEHICLE
9 - OTHER / UNKNOWN

**CONDITION**
1 - APPARENTLY NORMAL
2 - PHYSICAL IMPAIRMENT
3 - EMOTIONAL (E.G. DEPRESSED, ANGRY, DISTURBED)
4 - ILLNESS
5 - FELL ASLEEP, FAINTED, FATIGUED, ETC.
6 - UNDER THE INFLUENCE OF MEDICATIONS / DRUGS / ALCOHOL
9 - OTHER / UNKNOWN

**TEST STATUS**
1 - NONE GIVEN
2 - TEST REFUSED
3 - TEST GIVEN, CONTAMINATED SAMPLE / UNUSABLE
4 - TEST GIVEN, RESULTS KNOWN
5 - TEST GIVEN, RESULTS UNKNOWN

**TEST TYPE**
1 - NONE
2 - BLOOD
3 - URINE
4 - BREATH
5 - OTHER

**RESULT**
1 - NONE
2 - BLOOD
3 - URINE
4 - OTHER

1 - AMPHETAMINES
2 - BARBITURATES
3 - BENZODIAZEPINES
4 - CANNABINOIDS
5 - COCAINE
6 - OPIATES / OPIOIDS
7 - OTHER
8 - NEGATIVE RESULTS

# OCCUPANT / WITNESS ADDENDUM

**LOCAL REPORT NUMBER:** 2 0 2 2 1 3 7 0 1 2

| UNIT # | NAME: LAST, FIRST, MIDDLE | DATE OF BIRTH | AGE | GENDER |
|---|---|---|---|---|
| 02 | BALFOUR, DOUGLAS | 1 0 1 4 1 9 5 2 | 69 | M |

**ADDRESS:** 10004 ST CLAIR AVE, APT#209, CLEVELAND OHIO 44108

| INJURIES | INJURED TAKEN BY | EMS AGENCY (NAME) | INJURED TAKEN TO: Medical Facility | SAFETY EQUIPMENT USED | DOT-Compliant MC HELMET | SEATING POSITION | AIR BAG USAGE | EJECTION | TRAPPED |
|---|---|---|---|---|---|---|---|---|---|
| 4 | 2 | MEDIC 30 | UH MAIN CAMPUS | 0 4 | ☐ | 0 3 | 0 1 | 1 | 1 |

### INJURIES
1 - FATAL
2 - SUSPECTED SERIOUS INJURY
3 - SUSPECTED MINOR INJURY
4 - POSSIBLE INJURY
5 - NO APPARENT INJURY

### INJURED TAKEN BY
1 - NOT TRANSPORTED / TREATED AT SCENE
2 - EMS
3 - POLICE
9 - OTHER / UNKNOWN

### GENDER
F - FEMALE
M - MALE
U - OTHER / UNKNOWN

### SAFETY EQUIPMENT USED
1 - NONE USED - VEHICLE OCCUPANT
2 - SHOULDER BELT ONLY USED
3 - LAP BELT ONLY USED
4 - SHOULDER & LAP BELT USED
5 - CHILD RESTRAINT SYSTEM - FORWARD FACING
6 - CHILD RESTRAINT SYSTEM - REAR FACING
7 - BOOSTER SEAT
8 - HELMET USED
9 - PROTECTIVE PADS USED (ELBOW, KNEES, ETC.)
10 - REFLECTIVE CLOTHING
11 - LIGHTING – PEDESTRIAN / BICYCLE ONLY
99 - OTHER / UNKNOWN

### SEATING POSITION
1 - FRONT – LEFT SIDE (MOTORCYCLE DRIVER)
2 - FRONT – MIDDLE
3 - FRONT – RIGHT SIDE
4 - SECOND – LEFT SIDE (MOTORCYCLE PASSENGER)
5 - SECOND – MIDDLE
6 - SECOND – RIGHT SIDE
7 - THIRD – LEFT SIDE (MOTORCYCLE SIDE CAR)
8 - THIRD – MIDDLE
9 - THIRD – RIGHT SIDE
10 - SLEEPER SECTION OF TRUCK CAB
11 - PASSENGER IN OTHER ENCLOSED CARGO AREA (NON-TRAILING UNIT, BUS, PICK-UP WITH CAP)
12 - PASSENGER IN UNENCLOSED CARGO AREA
13 - TRAILING UNIT
14 - RIDING ON VEHICLE EXTERIOR (NON-TRAILING UNIT)
15 - NON-MOTORIST
99 - OTHER / UNKNOWN

### AIR BAG USAGE
1 - NOT DEPLOYED
2 - DEPLOYED FRONT
3 - DEPLOYED SIDE
4 - DEPLOYED BOTH FRONT/SIDE
5 - NOT APPLICABLE
9 - DEPLOYMENT UNKNOWN

### EJECTION
1 - NOT EJECTED
2 - PARTIALLY EJECTED
3 - TOTALLY EJECTED
4 - NOT APPLICABLE

### TRAPPED
1 - NOT TRAPPED
2 - EXTRICATED BY MECHANICAL MEANS
3 - FREED BY NON-MECHANICAL MEANS